United States Court Of Appeals
For The District of Columbia

Ronald Horns
    Petitioner,
vs.

United States
    Defendant

) Case No. 98-071-9
)
)
)
)
)
)
)
)



05-3107 FILED

OCT 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion To File For Leave a Second or Successive Motion 28 U.S.C. § 2255

Petitioner Ronald Horns comes now, Prose, asking this Honorable Court

For Leave To File A Second or Success

Correct Sentence. 28 U.S.C. § 2255, 2.

CASE NUMBER  1:05CV02178

JUDGE: Thomas F. Hogan

DECK TYPE: Habeas Corpus/2255

Back Ground

DATE STAMP: 11/07/2005

Petitioner enter a guilty plea on April 9, 1998 of Conspiracy To Distribute & Possess With Intent To Distribute Controlled Substance in violation of Title 21 U.S.C. § 841, 846. Petitioner was sentenced on February 19, 1999 to a term of 135 months imprisonment to be followed by 5years supervise release.

